450 A.2d 1066

Commonwealth v. Jarvis, Appellant.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania is sitting by designation.

Submitted January 27, 1982.   John Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.